1  Jay Earl Smith, Esq.
   Nevada Bar No. 1182
2  Joseph T. Prete, Esq.
   Nevada Bar No. 9654
3  Katie M. Weber, Esq.
4  Nevada Bar No. 11736
   SMITH LARSEN & WIXOM
5  Hills Center Business Park
   1935 Village Center Circle
6  Las Vegas, Nevada 89134
7  Tel: (702) 252-5002
   Fax: (702) 252-5006
8  Email: jes@slwlaw.com
9          jtp@slwlaw.com
           kw@slwlaw.com
10 Attorneys for Defendants
   EMC Mortgage Corporation,
11 Chase Home Finance LLC, and
   Mortgage Electronic Registration Systems, Inc.

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| SHAFQAAT BUKHARI, | CASE NO.  2:10-cv-00823-GMN-RJJ |
| Plaintiff, | |
| v. | |
| LENDING 1ST MORTGAGE, EMC MORTGAGE CORPORATION, CHASE, NATIONAL DEFAULT SERVICING CORPORATION, LAND AMERICA LAWYERS TITLE, LAWYERS TITLE OF NEVADA, MORTGAGE ELECTRONIC REGISTRATION SYSTEM "MERS", ASSIGNEES AND/OR SUCCESSORS, and DOES 1-10, | **ORDER DENYING PLAINTIFF'S MOTION FOR RESTRAINING ORDER** |
| Defendants. | |

On June 4, 2010, at 2:00 p.m., Plaintiff Shafqaat Bukhari's Motion for Restaining [sic] Order

With Points and Authorities, and Emergency Injunctive and Declaratoyr [sic] Relief (Docs. No. 2 and 3) (the "Injunctive Relief Motion") came before the Honorable Judge Gloria M. Navarro for hearing. Plaintiff appeared in proper person, Defendants EMC Mortgage Corporation, Chase Home Finance LLC, and Mortgage Electronic Registration Systems, Inc. appeared through Katie M. Weber, Esq. of Smith Larsen & Wixom, and Defendants Land America Lawyers Title and Lawyers Title of Nevada appeared through Zachary T. Ball, Esq. of Fidelity National Law Group.

Upon considering the Injunctive Relief Motion, and all pleadings and papers on file herein, and having heard the arguments of Plaintiff and appearing counsel, and good cause appearing, the Court hereby enters its Order as follows:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's Injunctive Relief Motion is DENIED in all respects.

Approved as to form:

Dated: N/A                                    Dated: June 22, 2010

___SEE FOOTNOTE 1___                          /s/ Zachary T. Ball
Shafqaat Bukhari[1]                           Zachary T. Ball, Esq.
9416 Canalino Drive                           Nevada Bar No. 8364
Las Vegas, NV 89134                           FIDELITY NATIONAL LAW GROUP
Plaintiff in Proper Person                    3980 Howard Hughes Pkwy., Ste. 230
                                              Las Vegas, NV 89101
                                              Attorneys for Defendants
                                              Land America Lawyers Title and
                                              Lawyers Title of Nevada

IT IS SO ORDERED this 23rd day of June, 2010.

_____
Gloria M. Navarro
United States District Judge

---

[1] While drafts of this Order were provided to Mr. Bukhari on at least three occasions, he failed to respond with any comments or revisions to the Order. His signature is therefore omitted.

2