Zachary T. Ball, Esq.
Nevada Bar No. 8364
FIDELITY NATIONAL LAW GROUP
3980 Howard Hughes Parkway, Suite 230
Las Vegas, Nevada 89169
Telephone: (702) 667-3000
Facsimile: (702) 697-2020
Email: fnlg.nevada@fnf.com

Attorneys for Defendants *Lawyers Title of Nevada, Inc.*
and *Lawyers Title Insurance Company*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SHAFQAAT BUKHARI,<br><br>                Plaintiff,<br>    vs.<br><br>LENDING 1ST MORTGAGE, EMC MORTGAGE CORPORATION, CHASE, NATIONAL DEFAULT SERVICING CORPORATION, LAND AMERICA LAWYERS TITLE, LAWYERS TITLE OF NEVADA, MORTGAGE ELECTRONIC REGISTRATION SYSTEM "MERS", ASSIGNEES AND/OR SUCCESSORS, AND DOES 1-10,<br><br>                Defendants. | Case No. 2:10-CV-00823-GMN-RJJ |

## SUBSTITUTION OF ATTORNEYS

Zachary T. Ball, Esq, of FIDELITY NATIONAL LAW GROUP is hereby substituted as attorneys for Defendants LAWYERS TITLE OF NEVADA, INC. AND LAWYERS TITLE INSURANCE COMPANY in the above-entitled action, in place and stead of Ronald L. Warren, Esq., of FIDELITY NATIONAL LAW GROUP,

*Lawyers Title of Nevada, Inc.*
and *Lawyers Title Insurance Company*

DATED: 1-25-2011              /s/ Brien Pidgeon

                              By: Brien Pidgeon

                              Its: Vice President

Ronald L. Warren, Esq. of FIDELITY NATIONAL LAW GROUP hereby consents to the

above and foregoing substitution of Zachary T. Ball, Esq., of FIDELITY NATIONAL LAW GROUP in its place and stead as attorney of record for Defendants LAWYERS TITLE OF NEVADA, INC. AND LAWYERS TITLE INSURANCE COMPANY in the above-entitled action.

                                FIDELITY NATIONAL LAW GROUP

DATED: 1-25-2011                       _Ronald L. Warren_
                                        Ronald L. Warren, Esq.
                                        Nevada Bar No. 2857
                                        3980 Howard Hughes Parkway, Suite 230
                                        Las Vegas, Nevada 89169

Zachary T. Ball, Esq., of FIDELITY NATIONAL LAW GROUP hereby accepts and consents to its substitution as attorneys of record for Defendants LAWYERS TITLE OF NEVADA, INC. AND LAWYERS TITLE INSURANCE COMPANY in its place and stead as attorney of record for Ronald L. Warren, Esq. of FIDELITY NATIONAL LAW GROUP in the above-entitled action.

                                FIDELITY NATIONAL LAW GROUP

DATED: 1-25-2011                       /s/ Zachary T. Ball
                                        Zachary T. Ball, Esq., Bar No. 8364
                                        Nik Skrinjaric, Esq., Bar No. 3605
                                        3980 Howard Hughes Parkway, Suite 230
                                        Las Vegas, Nevada 89169
                                        Attorneys for *Defendants Lawyers Title of*
                                        *Nevada, Inc. and Lawyers Title Insurance Company*

                                **IT IS SO ORDERED.**

                                _George Foley Jr._
                                **GEORGE FOLEY, JR.**
                                **United States Magistrate Judge**

                                **DATED:   January 26, 2011**

**Fidelity National Law Group**
3980 H. Hughes Pkwy, #230
Las Vegas, Nevada 89169
(702) 667-3000

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the date below a true copy of the foregoing **SUBSTITUTION OF ATTORNEYS** was served electronically via CM/ECF, OR by U.S. Mail, postage prepaid, to the following:

| | |
|---|---|
| Shafqaat Bukhari<br>9416 Canalino Drive<br>Las Vegas, Nevada 89134<br>*Plaintiff in Pro Per*<br>**(Via U.S. Mail)** | Jay E. Smith<br>Katie M. Weber<br>Smith Larsen & Wixom<br>Hill Center Business Park<br>1935 Village Center Cr<br>Las Vegas, NV  89134<br>Attorneys for Defendant: *EMC Mtg. Corp. and Mortgage Electronic Registration System*<br>*(**Via CM/ECF**)* |

DATED_1-25-2011_____            _____
                                 An employee of Fidelity National Law Group

**Fidelity National Law Group**
3980 H. Hughes Pkwy, #230
Las Vegas, Nevada 89169
(702) 667-3000